IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| STANLEY SHEPPARD, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00336-MTT |
| | * |
| ROBINS AIR FORCE BASE, | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated January 31, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 31st day of January, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk